UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24286-DPG

WINDY LUCIUS

Plaintiff,

v.

MONACO MEDICAL SPA, LLC.

Defendant.

_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, WINDY LUCIUS and Defendant, MONACO MEDICAL SPA, LLC., by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to the dismissal of this action with prejudice against the named Defendant, with each party is to bear its own costs and attorney's fees.

Respectfully submitted on March 24, 2025.

By: *_/s/ J. Courtney Cunningham_*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. Courtney Cunningham, PLLC.**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghamllc.com
legal@cunninghamllc.com

*Counsel for Plaintiff*

By: *_/s/ Douglas B. Melamed_*
Douglas B. Melamed, Esq.
FBN: 150002
**Banker Lopez Gassler P.A.**
1200 South Pine Island Road, Suite 170
Plantation, Florida 33324
Phone: (954) 440-1333
Fax: (954) 533-3051
service-dmelamed@bankerlopez.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 24, 2025, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*